1  LATHAM & WATKINS LLP
 Peter H. Benzian (Bar No. 47456)
2   Laura A. Godfrey (Bar No. 233059)
 Colleen C. Smith (Bar No. 231216)
3  600 West Broadway, Suite 1800
San Diego, California 92101-3375
4  Telephone: (619) 236-1234
Facsimile: (619) 696-7419
5  Attorneys for Defendants City of San Diego and
Individual Defendants
6
REG A. VITEK (SBN 041166)
7  MATTHEW M. MAHONEY (SBN 211184)
SELTZER CAPLAN McMAHON VITEK
8  750 B Street, Suite 2100
San Diego, CA 92101
9  Telephone: (619) 685-3014
Facsimile: (619) 615-0310
10 Attorneys for Defendant SDCERS

11 Rodney M. Perlman (State Bar No. 98663)
WEHNER AND PERLMAN, LLP
12 1919 Santa Monica Boulevard, Suite 1120
Santa Monica, CA 90404
13 Tel. (310) 453-4220
Fax (310) 453-4230
14 Attorneys for Defendant Michael Aguirre

15 CASTLE, PETERSEN & KRAUSE LLP
 Gregory G. Peterson (Bar No. 77744)
16  Christopher D. Nissen (Bar No. 202034)
4675 MacArthur Court, Suite 1250
17 Newport Beach, California 92660
Telephone: (949) 417-5600
18 Facsimile: (949) 417-5610
Attorneys for Plaintiff SDPOA
19

FILED

06 OCT 18 PM 1:35

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO POLICE OFFICERS' ASSOCIATION,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL AGUIRRE, *et al.*,<br><br>   Defendants. | CASE NO. 05 CV 1581 H (POR)<br><br>STIPULATION AND ORDER EXTENDING EXPERT DESIGNATION AND DISCLOSURE DEADLINES |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\556663.1

05 CV 1581 H (POR)
STIPULATED ORDER EXTENDING TIME TO
DESIGNATE EXPERTS

Pursuant to Local Civil Rule 16(f)(1)(a), Plaintiff the San Diego Police Officers' Association and Defendants the San Diego City Employees' Retirement System, Michael Aguirre, the City of San Diego, Scott Peters, Jim Madaffer, Ralph Inzunza, Toni Atkins, Tony Young, Brian Maienschein, Donna Frye, Michael Zucchet, Judy McCarty, Juan Vargas, Cathy Lexin, Mary Vattimo, Terri Webster, Ed Ryan, P. Lamont Ewell, Michael Uberuaga, and Bruce Herring, having good cause therefore, hereby stipulate and apply, through their respective attorneys of record, to the Court for an Order extending the expert designation and disclosure deadlines as follows:

1. The parties shall designate their respective experts in writing by November 15, 2006;

2. The parties shall designate rebuttal experts in writing by November 29, 2006;

3. Each party shall comply with the disclosure of expert testimony provisions of Federal Rule of Civil Procedure 26(a)(2)(A) and (B) by January 5, 2007;

4. Each party shall supplement its disclosure regarding contradictory or rebuttal evidence by February 2, 2007.

The purpose of the extension is to permit all parties additional time to conduct discovery and to evaluate the issues that may require expert testimony.

Dated: October 16, 2006

CASTLE, PETERSEN & KRAUSE LLP

By _____
Christopher Nissen
Attorneys for Plaintiff San Diego Police Officers' Association

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN DIEGO

SD\556663.1

2

05 CV 1581 H (POR)
STIPULATED ORDER EXTENDING TIME TO DESIGNATE EXPERTS

```
 1
 2  Dated: October 16, 2006              LATHAM & WATKINS LLP
 3
 4                                       By /s/ Peter H. Benzian
 5                                          Peter H. Benzian
                                            Attorneys for Defendant the City of San Diego
 6                                          and various Individual Defendants

 7  Dated: October 16, 2006              WEHNER AND PERLMAN
 8
 9                                       By /s/ Rodney M. Perlman by PHB w/ authority
10                                          Rodney M. Perlman
                                            Attorney for Defendant Michael Aguirre
11
12  Dated: October 16, 2006              SELTZER CAPLAN McMAHON VITEK
13
14                                       By _____
                                            Matthew Mahoney
15                                          Attorneys for Defendant the San Diego City
                                            Employees' Retirement System
16
17
18
19
20
21
22
23
24
25
26
27
28
```

| | | |
|---|---|---|
| 1 | Dated: October 16, 2006 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By _____ |
| 4 | | Peter H. Benzian<br>Attorneys for Defendant the City of San Diego<br>and various Individual Defendants |
| 5 | | |
| 6 | Dated: October 16, 2006 | WEHNER AND PERLMAN |
| 7 | | |
| 8 | | By _____ |
| 9 | | Rodney M. Perlman<br>Attorney for Defendant Michal Aguirre |
| 10 | Dated: October 16, 2006 | SELTZER CAPLAN McMAHON VITEK |
| 11 | | |
| 12 | | |
| 13 | | By _/s/ Matthew M._____ |
| 14 | | Matthew Mahoney<br>Attorneys for Defendant the San Diego City<br>Employees' Retirement System |

LATHAM&WATKINS SD\556663.1
ATTORNEYS AT LAW
SAN DIEGO

3

05 CV 1581 H (POR)
STIPULATED ORDER EXTENDING TIME TO
DESIGNATE EXPERTS

## ORDER

The Court, considering the foregoing stipulation of the parties, finds good cause to grant the relief requested, therefore,

IT IS ORDERED that:

1. The parties shall designate their respective experts in writing by November 15, 2006;

2. The parties shall designate rebuttal experts in writing by November 29, 2006;

3. Each party shall comply with the disclosure of expert testimony provisions of Federal Rule of Civil Procedure 26(a)(2)(A) and (B) by January 5, 2007;

4. Each party shall supplement its disclosure regarding contradictory or rebuttal evidence by February 2, 2007.

IT IS SO ORDERED.

Dated: Oct. 18, 2006

The Honorable Marilyn L. Huff
United States District Judge

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN DIEGO

SD\556663.1

4

05 CV 1581 H (POR)
STIPULATED ORDER EXTENDING TIME TO DESIGNATE EXPERTS