1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

SAN DIEGO POLICE OFFICERS'
ASSOCIATION, on behalf of itself and
on behalf of all of its members,

CASE NO. 05-CV-1581 H (POR)

11

**ORDER DIRECTING CLERK
TO ENTER FINAL
JUDGMENT**

12

Plaintiff,

13

vs.

14

MICHAEL AGUIRRE, et al.,

15

Defendants.

16

17

    After considering the proposed final judgments submitted by the parties, the Court

18

directs the Clerk of Court to enter judgment in the form set forth below.

19

    This action came on for hearing on February 6, 2006 on Defendants' Motions to

20

Dismiss, and on April 23, 2007, May 1, 2007, and May 18, 2007 regarding Defendants'

21

motions for summary judgment and/or summary adjudication.

22

    THE COURT ORDERS AND ADJUDGES:

23

1.    As to all of the claims against Harry Mathis, Byron Wear, Christine Kehoe,

24

George Stevens, Barbara Warden, Valerie Stallings, Judy McCarty, Juan Vargas, and

25

Jack McGrory, the Court dismisses the action on the merits on statute of limitations

26

grounds as set forth in the Court's Order Granting in Part and Denying in Part

27

Defendants' Motions to Dismiss the Second Amended Complaint dated February 8, 2006

28

[Docket No. 335].  Further, the Court awards costs to these Defendants.

2.     As to all of the claims against Defendant Michael Aguirre, the Court grants judgment in favor of Aguirre and against Plaintiff for the reasons set forth in the Court's Order Granting Defendants' Motions for Summary Judgment dated May 18, 2007 [Docket No. 737].  Further, the Court awards costs to this Defendant.

3.     As to Defendant San Diego City Employees' Retirement System ("SDCERS"), the Court enters judgment as follows for the reasons set forth in the Court's Orders Granting Defendants' Motions for Summary Judgment dated May 18, 2007 [Docket No. 737] and June 26, 2007 [Docket No. 753]:

(a)     As to the First Cause of Action for alleged violations of the First Amendment under 42 U.S.C. § 1983, the Court enters judgment in favor of Defendant SDCERS and against Plaintiff.

(b)     As to the Second Cause of Action for alleged violations of the Contracts Clause of the United States Constitution, the Court enters judgment in favor Defendant SDCERS and against Plaintiff.

(c)     As to the Third Cause of Action for alleged violations of the Takings Clause of the United States Constitution, the Court enters judgment in favor of Defendant SDCERS and against Plaintiff.

(d)     As to the Fourth Cause of Action for an alleged conspiracy to violate Plaintiff's civil rights under 42 U.S.C. § 1983, the Court enters judgment in favor of Defendant SDCERS and against Plaintiff.

(e)     As to the Ninth Cause of Action for alleged violations of the Brown Act, the Court enters judgment in favor of Defendant SDCERS and against Plaintiff.

(f)     As to the Twelfth Cause of Action for alleged Conversion of Trust, the Court enters judgment in favor of Defendant SDCERS and against Plaintiff.

(g)     As to the Fifteenth Cause of Action for alleged Breach of Contract, the Court enters judgment in favor of Defendant SDCERS and against Plaintiff.

(h)     The Court enters judgment in favor of Defendant SDCERS and against Plaintiff regarding all Plaintiff's claims against SDCERS for monetary relief.

(i)     The Court enters judgment in favor of Defendant SDCERS and against Plaintiff regarding all of Plaintiff's claims against SDCERS arising out of reduction of benefits during the 2005 labor negotiations.

(j)     The Court awards costs to Defendant SDCERS.

4.     As to Defendants City of San Diego, Scott Peters, Jim Madaffer, Ralph Inzunza, Toni Atkins, Tony Young, Brian Maienschein, Donna Frye, Michael Zucchet, Cathy Lexin, Mary Vattimo, Terri Webster, Ed Ryan, P. Lamont Ewell, Michael Uberuaga, and Bruce Herring, the Court enters judgment as follows for the reasons set forth in the Court's Orders Granting Defendants' Motions for Summary Judgment dated May 18, 2007 [Docket No. 737] and June 26, 2007 [Docket No. 753]:

(a)     As to the First Cause of Action for alleged violations of the First Amendment under 42 U.S.C. § 1983, the Court enters judgment in favor of Defendants and against Plaintiff.

(b)     As to the Second Cause of Action for alleged violations of the Contracts Clause of the United States Constitution, the Court enters judgment in favor of Defendants and against Plaintiff.

(c)     As to the Third Cause of Action for alleged violations of the Takings Clause of the United States Constitution, the Court enters judgment in favor of Defendants and against Plaintiff.

(d)     As to the Fourth Cause of Action for an alleged conspiracy to violate Plaintiff's civil rights under 42 U.S.C. § 1983, the Court enters judgment in favor of Defendants and against Plaintiff.

(e)     The Court enters judgment in favor of Defendants Young and Zucchet and against Plaintiff as to all underfunding claims.

(e)     The Court awards costs to these Defendants.

5.     The Court dismisses the remaining state law claims without prejudice pursuant to 28 U.S.C. § 1367(c) because no federal claims remain, or alternatively, under the

/ / /

1   <u>Colorado River</u> doctrine, which allows a district court to dismiss a federal suit due to the

2   presence of concurrent state proceedings.

3          IT IS SO ORDERED.

4   DATED:  August 24, 2007

5

6                                    MARILYN L. HUFF, District Judge
                                     UNITED STATES DISTRICT COURT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   Copies To:
     All Counsel of Record
28

- 4 -                                    05cv1581