```
JAN I. GOLDSMITH, City Attorney
GEORGE F. SCHAEFER, Deputy City Attorney
California State Bar No. 139399
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5800
    Facsimile:   (619) 533-5856

Attorneys for Defendants
CITY OF SAN DIEGO
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO POLICE OFFICERS' ASSOCIATION, on behalf of itself and behalf of all of its members,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL AGUIRRE, *et al.*<br><br>　　　　　　Defendants. | Case No.  05-CV-1581 H (POR)<br><br>**NOTICE OF APPEARANCE BY COCOUNSEL ON BEHALF OF THE CITY OF SAN DIEGO**<br><br>Judge:  Marilyn L. Huff<br>Courtroom: 13 |

　　　Notice is given that GEORGE F. SCHAEFER, Deputy City Attorney, enters his appearance as cocounsel for Defendant City of San Diego.  All pleadings and orders should be served electronically at the ECF address on file with the Court.[1]

```
Dated:  March 11, 2009           JAN I. GOLDSMITH, City Attorney

                                 By:  s/George F. Schaefer
                                      George F. Schaefer
                                      Deputy City Attorney
                                 E-mail:  GSchaefer@sandiego.gov
                                 Attorneys for Defendant City of San Diego
```

---

[1] Although this case is closed, the undersigned counsel enters this appearance in case there are post-appeal filings in this Court.

**DECLARATION OF SERVICE**

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the following document(s):

- **NOTICE OF APPEARANCE BY COCOUNSEL ON BEHALF OF THE CITY OF SAN DIEGO**

on the individuals listed below in the manner indicated.

**Electronic Mail**

I served the following by electronic mail at the e-mail addresses listed below:

- **Peter H Benzian**
  peter.benzian@lw.com,terri.fife@lw.com
- **Kimberly S Greer**
  KGreer@mofo.com
- **Allison B Hart**
  allison.hart@lw.com,patrish.bradley@lw.com
- **Michael Anthony Jenkins**
  ajenkins@cpk-law.com
- **Matthew M Mahoney**
  mahoney@scmv.com
- **Pamela J Naughton**
  PNaughton@sheppardmullin.com,Kmcclelland@sheppardmullin.com
- **Christopher D Nissen**
  cnissen@jdtplaw.com,amalik@jdtplaw.com,myoung@jdtplaw.com,mnowowiejski@jdtplaw.com,scolella@jdtplaw.com,iyarovaya@jdtplaw.com
- **Rodney M Perlman**
  rperlman@wehnerandperlman.com,rperlman@rmppc.com
- **Gregory Glenn Petersen**
  gpetersen@petersenlawfirm.com,atty@petersenlawfirm.com
- **Rebecca A Roberts**
  rroberts@sheppardmullin.com,kmcclelland@sheppardmullin.com
- **Colleen Carlton Smith**
  cathy.trout@lw.com,colleen.smith@lw.com
- **Stepheney R. Windsor**
  swindsor@jdtplaw.com,ecravey@jdtplaw.com

Executed:  March 11, 2009, at San Diego, California.

  s/George F. Schaefer\
**GEORGE F. SCHAEFER**\
E-mail:  GSchaefer@sandiego.gov